WOODALL, Justice
(concurring specially).
I concur fully in the majority opinion. I write only to point out another factor that indicates to me that the trial court’s judgment is due to be affirmed.
It is true, as stated in the majority opinion, that there is no evidence in the record indicating that the parties submitted charts to the trial court summarizing how the absentee voters voted. 46 So.3d at 951 n. 6. However, Larry Fluker admits that “the parties examined the [absentee] ballots” and that “charts submitted by the parties [provided the only evidence] of exactly how the absentee voters cast their ballots. Fluker’s brief, at 35-86. Therefore, this Court cannot question the trial court’s allocation of the absentee votes, because “when the record is silent as to evidence considered by the trial court, we must presume that the evidence considered was sufficient to support the trial court’s judgment.” Parker v. Williams, 977 So.2d 476, 482 (Ala.2007).